UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

**Leo John Wicker**

    **v.**                                             Civil No. 12-cv-267-PB

**State of New Hampshire et al.**

**O R D E R**

Before the Court are plaintiff's requests for emergency hearings (doc. nos. 1, 3 and 4), which contain requests for preliminary injunctive relief. In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the request for preliminary injunctive relief set forth in the complaint and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    **SO ORDERED.**

                                                         /s/Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge

Date:    November 15 , 2012

cc:      Leo John Wicker, pro se