UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Leo John Wicker</u>

    **v.**                                     Civil No. 12-cv-267-PB

<u>State of New Hampshire et al.</u>

**<u>O R D E R</u>**

Before the Court are plaintiff's requests for emergency hearings (doc. nos. 1, 3 and 4), which contain requests for preliminary injunctive relief. In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya McCafferty is designated to review and consider the request for preliminary injunctive relief set forth in the complaint and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

    **SO ORDERED.**

                                            /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

Date:    November 15, 2012

cc:      Leo John Wicker, pro se